UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21172-DPG

ARANTZA ESPINOZA,

    Plaintiff,

v.

RESTORATION HARDWARE, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Pursuant to S.D. Fla. L.R. 16.4, Plaintiff Arantza Espinoza and Defendant Restoration Hardware, Inc. give notice that the parties have reached an agreement for the resolution of this matter and are in the process of completing settlement documents. The parties respectfully request 30 days to file their stipulation of dismissal with prejudice.

Dated: May 3, 2024

Respectfully submitted,

<table>
<tr><td>

*s/ Diego Mendez*
Diego German Mendez
  Florida Bar No. 52748
  info@mendezlawoffices.com
Mendez Law Offices, PLLC
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474

Richard J. Adams
  Florida Bar No. 770434
  radamslaw7@gmail.com
Adams & Associates, P.A.
6500 Cowpen Road, Suite 101
Miami Lakes, FL 33014
Telephone: 786.290.1963
Facsimile:  305.824.3638

*Counsel for Plaintiff*

</td><td>

*s/ Paul De Boe*
Paul J. De Boe, Esq.
  Fla Bar No.:  52051
  paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Two Datran Center
9130 South Dadeland Boulevard,
Suite 1625
Miami, Florida 33156
Telephone: 305.374.0506
Facsimile: 305.374.0456

*Counsel for Defendant*

</td></tr>
</table>