UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21172-DPG

ARANTZA ESPINOZA,

    Plaintiff,

v.

RESTORATION HARDWARE, INC.,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Arantza Espinoza and Defendant Restoration Hardware, Inc. hereby stipulate to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs.

Dated: June 17, 2024

<div style="display: flex;">

<div>

*s/ Diego Mendez*
Diego German Mendez
  Florida Bar No. 52748
  info@mendezlawoffices.com
Mendez Law Offices, PLLC
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474

Richard J. Adams
  Florida Bar No. 770434
  radamslaw7@gmail.com
Adams & Associates, P.A.
6500 Cowpen Road, Suite 101
Miami Lakes, FL 33014
Telephone: 786.290.1963
Facsimile:  305.824.3638

*Counsel for Plaintiff*

</div>

<div>

*s/ Paul De Boe*
Paul J. De Boe, Esq.
  Fla Bar No.:  52051
  paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Two Datran Center
9130 South Dadeland Boulevard, Suite 1625
Miami, Florida 33156
Telephone: 305.374.0506
Facsimile: 305.374.0456

*Counsel for Defendant*

</div>

</div>